1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11

PABLO MORALES, SR. *ET AL.*,

**CASE NO. CV 11-04757 SVW (SHx)**

12

*Plaintiff,*

13

vs.

**PROTECTIVE ORDER RE: DISCLOSURE OF CONFIDENTIAL MATERIALS**

14

CITY OF LOS ANGELES, *ET AL.*,

15

*Defendants.*

16

_____

17
18

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

19

After reviewing the parties' joint Stipulation for Protective Order re: Disclosure of

20

Confidential Materials, and finding good cause therefore, the Court hereby orders:

21

1.      Plaintiffs may designate as confidential medical records and diaries and journal

22

entries that contain personal medical and/or psychological information, the production of

23

which may cause great embarrassment, humiliation or shame, and defendants may designate

24

as confidential LAPD's Force Investigation Division report regarding this matter, including

25

any not previously produced photographs, addenda and statements of witnesses contained

26

therein, all of which Defendants believe contain information of a privileged, and

27

confidential, private or sensitive nature, and the public dissemination of which, Defendants

28

believe will jeopardize compelling interests.  The designation of confidential shall be made

1

1 by affixing to such document or writing a legend, such as "Confidential," "Confidential

2 Documents," "Confidential Material," "Subject to Protective Order" or words of similar

3 effect, provided such legend shall not obscure any part of the writing on any document to

4 which it is affixed.   All documents and other tangible things so designated, and all

5 information derived therefrom (hereinafter, collectively, "Confidential Information"), shall

6 be treated in accordance with the terms of this stipulation.

7        2.       Confidential Information may be used by the persons receiving such

8 information only for the purpose of this litigation.

9        3.       Subject to the further conditions imposed by this stipulation, Confidential

10 Information may be disclosed only to the following persons:

11              (a)      Counsel for the parties and to paralegal assistants, office clerks,

12                       secretaries and other such personnel working under their supervision;

13              (b)      Experts and investigators;

14              (c)      The Plaintiffs in this action;

15              (d)      Such other parties as may be agreed by written stipulation among the

16                       parties hereto.

17        4.       Prior to the disclosure of any Confidential Information to any person described

18 in paragraph 3(b), 3(c) or 3(d), counsel for the party that has received and seeks to use or

19 disclose such Confidential Information shall first provide any such person with a copy of this

20 stipulation, and shall cause him or her to execute, on a second copy which counsel shall

21 serve on the other party the following acknowledgment:

22              "I understand that I am being given access to Confidential

23              Information pursuant to the foregoing stipulation and order.

24              I have read the Order and agree to be bound by its terms

25              with respect to the handling, use and disclosure of such

26              Confidential Information.

27              Dated: _____/s/_____"

28        5.       Service of the second copy on the other party shall be made as to designated

1   experts at the time of the designation and otherwise at the termination of the litigation.

2        6.        Upon the final termination of this litigation, including any appeal pertaining

3   thereto, all Confidential Information and all copies thereof shall be returned to the party

4   which produced it, except as to Court personnel.  All Confidential Information disclosed to

5   any person or party pursuant to any provision hereof also shall be returned to the producing

6   party.

7        7.        If any party who receives Confidential Information receives a subpoena or other

8   request seeking Confidential Information, he, she or it shall immediately give written notice

9   to the producing party's  counsel, identifying the Confidential Information sought and the

10  time in which production or other disclosure is required, and shall make reasonable efforts

11  to object to the request or subpoena on the grounds of this stipulation so as to afford the

12  producing party an opportunity to obtain an order barring production or other disclosure, or

13  to otherwise respond to the subpoena or other request for production or disclosure of

14  Confidential Material.  Other than objecting on the grounds of this stipulation, no party shall

15  be obligated to seek an order barring production of Confidential Information, which

16  obligation shall be borne by the producing party.  However, in no event should production

17  or disclosure be made without written notice to the producing party's counsel unless required

18  by court order after serving written notice to the producing party's counsel.

19       8.        A party who or which wishes to file any document in this litigation, which

20  contains, or incorporates Confidential Information shall apply to file such document under

21  seal pursuant to Local Rule 79-5.  If the Court approves the application to file the document

22  under seal, the document shall be filed in the manner required by the Local Rules or the

23  Court's Order.

24       9.        Counsel for the parties hereto agree to request that any motions, applications

25  or other pre-trial proceedings which could entail the discussion or disclosure of Confidential

26  Information be heard by the Court outside the presence of the jury, unless having heard from

27  counsel, the Court orders otherwise.  Counsel for the parties further agree that   during any

28  portion of the trial of this action which could entail the discussion or disclosure of

1 | Confidential Information, they will request that access to the courtroom be limited to parties,

2 | their counsel and other designated representative, experts or consultants who agree to be

3 | bound by this stipulation, and court personnel, unless having heard from counsel, the Court

4 | orders otherwise.

5 |       10.    Nothing herein shall prejudice any party's rights to object to the introduction of

6 | any Confidential Information into evidence, on grounds including but not limited to

7 | relevance and privilege.

8 |       11.    The Stipulated Protective Order survives settlement, trial and/or appeal.

9

10 |       ***IT IS SO ORDERED:***

11

12

13 | DATED: October 17, 2011       _____

14 |       Honorable Stephen J. Hillman
      UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4